ORIGINAL

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

MARSHALL H. SILVERBERG #5111
Assistant U.S. Attorney

GABRIEL COLWELL
Special Assistant U.S. Attorney
PJKK Federal Bldg, Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 656-1374
Facsimile:  (808) 656-1370
Email:  gabriel.colwell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 28 2006

at 10 o'clock and 30 min A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CHRISTOPHER A. PAYNE, <br><br> Defendant. | CR. NO. 02-00485 <br> Citation No.: A979906/H-18 <br><br> NOTICE OF COMPLIANCE <br> WITH SENTENCE AND <br> BENCH WARRANT RECALL <br><br> Compliance Date: 27 May 04 |

NOTICE OF COMPLIANCE WITH SENTENCE AND BENCH WARRANT RECALL

COMES NOW THE PLAINTIFF, the United States of America, by and through its attorneys, EDWARD H. KUBO, JR., United States Attorney, and GABRIEL COLWELL, Special Assistant United States Attorney, and hereby notifies the Court that defendant, CHRISTOPHER A. PAYNE, has complied with the sentence requirements imposed on January 7, 2003.

The United States Attorney also hereby requests the court to recall the bench warrant on CHRISTOPHER A. PAYNE, issued on

May 27, 2003. The defendant paid the Central Violations Bureau in full ($320.00) on June 2, 2004.

DATED: _____NOV 2 7 2006_____, Honolulu, Hawaii.

EDWARD H. KUBO, JR
United States Attorney
District of Hawaii


By _____
GABRIEL COLWELL
Special Assistant U.S. Attorney


Attorneys for Plaintiff
UNITED STATES OF AMERICA


U.S. v. CHRISTOPHER A. PAYNE
CR. No. 02-00485
Citation No.: A979906/H-18
"NOTICE OF COMPLIANCE-BW RECALL"

2